J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment and Woolim Entertainment

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| DFSB Kollective Co. Ltd., Jungle Entertainment, and Woolim Entertainment,<br><br>Plaintiffs,<br><br>v.<br><br>Stephen Ma, an individual and d/b/a kpopshare.com and asianload.com, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-1048 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: June 24, 2011<br>Time: 1:30 p.m.<br>Court: Hon. Jeffrey S. White |

PLAINTIFFS DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment and Woolim Entertainment (collectively "the DFSB Plaintiffs"), by and through their counsel of record, hereby request as follows:

WHEREAS the DFSB Plaintiffs filed their complaint on or about March 7, 2011;

WHEREAS the DFSB Plaintiffs have not yet served Defendant Stephen Ma, an individual and d/b/a kpopshare.com and asianload.com ("Defendant");

WHEREAS the DFSB Plaintiffs are informed and believe that Defendant may now be located in a different country than originally believed;

DFSB v. Ma: Request to Continue CMC - 1 -

1  WHEREAS the DFSB Plaintiffs are currently attempting personal service on two new
2  addresses for Defendant;
3  WHEREAS once served, Defendant Ma will have thirty-one (31) days to answer;
4  WHEREAS the DFSB Plaintiffs currently have until July 5, 2011, to serve Defendants; and
5  NOW, THEREFORE, the DFSB Plaintiffs respectfully request the Court continue the Case
6  Management Conference for approximately sixty (60) days, or not earlier than August 23, 2011.

DATED: June 16, 2011                    J. Andrew Coombs, A Professional Corp.

                                        By: ___/s Nicole L. Drey_____
                                            J. Andrew Coombs
                                            Nicole L. Drey
                                        Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in
                                        conjunction with Jungle Entertainment and Woolim
                                        Entertainment

**[PROPOSED] ORDER**

The case management conference is CONTINUED to September 2, 2011 at 1:30 p.m.
PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: __June 16_____, 2011

                                        _____
                                        Hon. Jeffrey S. White
                                        UNITED STATES DISTRICT JUDGE

DFSB v. Ma: Request to Continue CMC                - 2 -