IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DFSB KOLLECTIVE CO., LTD. et al.,

    Plaintiffs,

v.

STEPHEN MA, et al.,

    Defendants.

No. C 11-01048 JSW

**ORDER**

Plaintiffs filed a motion for an extension of time for service of process and an administrative motion to continue the case management conference. The Court HEREBY VACATES the hearing on Plaintiffs' motion for an extension of time. For good cause shown, the Court grants Plaintiff's request. Plaintiffs initially requested an additional sixty days. However, in their administrative motion to continue the case management conference, Plaintiffs represent that Defendant Stephen Ma has recently moved to another country and, thus, further delaying effecting service. Therefore, the Court will provide Plaintiffs additional time. Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby extends the time for service to and including October 28, 2011.

///

///

///

///

///

The Court FURTHER ORDERS that the case management conference is CONTINUED to December 2, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 30, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE