J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs DFSB
Kollective Co. Ltd., in conjunction with
Jungle Entertainment and Woolim
Entertainment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| DFSB Kollective Co. Ltd., Jungle Entertainment, and Woolim Entertainment,<br><br>Plaintiffs,<br>v.<br><br>Stephen Ma, an individual and d/b/a kpopshare.com and asianload.com, and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. CV11-1048 JSW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)** |

PLEASE TAKE NOTICE THAT that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment and Woolim Entertainment (collectively the "DFSB Plaintiffs") dismiss this action in its entirety, without prejudice.

Dated:  November 28, 2011            J. Andrew Coombs, A Professional Corp.

                                     By:     /s/ Nicole L. Drey
                                             J. Andrew Coombs
                                             Nicole L. Drey
                                     Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment and Woolim Entertainment